## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ROBERT E. WILSON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 07-4142-JAR |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| **Defendant.** | ) | |
| **Defendant.** | ) | |
| _____ | ___) | |

### ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the October 16, 2008 Recommendation and Report (Doc. 20).

**IT IS SO ORDERED**.

Dated this 5th day of November, 2008.

                                           **S/   Julie A. Robinson**
                                           **Julie A. Robinson**
                                           **United States District Judge**